MAUDE SANCHEZ, as Administratrix of the Estate of ARMANDO SANCHEZ, Deceased, Respondent, *v.* CHARLES MAGGIOLO, Defendant, and C. MAGGIOLO, INC., Appellant.

(Argued April 28, 1933; decided May 23, 1933.)

*George J. Stacy* for appellant.

*Jay Leo Rothschild, Louis Rivkin* and *Leon Goodman* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: HUBBS, J.